IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CHRISTOPHER MATTHEW MILES,**

    **Plaintiff,**

**v.**                                           **Case No. 4:23-cv-531-AW-MAF**

**CHRISTI DAVIS, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

The magistrate judge recommends dismissal based on Plaintiff's failure to comply with court orders and failure to pay the filing fee or file a proper IFP motion (among other reasons). ECF No. 17. Plaintiff has not filed any objection. He did file a new IFP motion, but the magistrate judge denied it because it was incomplete. ECF No. 19.

I now adopt the report and recommendation to the extent it concludes dismissal is proper based on the failures noted above. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to pay the filing fee or file a proper IFP motion." The clerk will then close the file.

SO ORDERED on April 18, 2024.

                                                           s/ *Allen Winsor*
                                                           United States District Judge